**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOUSTON GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br>    v.<br><br>FARMINGTON CASUALTY COMPANY and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendants. | USDC CASE NO: 2:11-CV-02093<br><br>ORDER FOR ENTRY OF JUDGMENT |

## I.  MOTION

Pursuant to the court's Findings of Fact and Conclusions of Law (Dkt. #210), plaintiff Houston General Insurance Company requests that judgment be entered in favor of Houston General against St. Paul Fire & Marine Insurance Company in the amount of $2,887,113.48, plus post-judgment interest pursuant to 28 U.S.C. § 1961. A proposed form of judgment accompanies this Motion.

DATED this 23rd day of May, 2013.

**HEFFERNAN LAW GROUP PLLC**

By: _____
Devon M. Thurtle Anderson        WSBA #36795
E-mail:  devon@heffernanlawgroup.com
Attorneys for Plaintiff Houston General Insurance Company

ORDER FOR ENTRY OF JUDGMENT – 1
USDC CASE NO:  2:11-CV-02093MJP



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150  •  Fax: 425.284.1147

## II.  ORDER

The Clerk of the Court is ORDERED to enter judgment in favor of Houston General Insurance Company against St. Paul Fire & Marine Insurance Company in the amount of $2,887,113.48, plus post-judgment interest at the rate authorized in 28 U.S.C. § 1961.

DATED this 13th day of May, 2013.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER FOR ENTRY OF JUDGMENT – 2
USDC CASE NO:  2:11-CV-02093MJP

**HEFFERNAN**
LAW GROUP PLLC

1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150  • Fax: 425.284.1147