# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| HOUSTON GENERAL INSURANCE CO., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: C11-2093MJP |
| v. | |
| ST. PAUL FIRE & MARINE INSURANCE CO., | |
| Defendant. | |

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby entered in favor of Houston General Insurance Company and against

St. Paul Fire & Marine Insurance Company.


| | |
|---|---|
| **Judgment Creditor:** | Houston General Insurance Company |
| **Judgment Debtor**: | St. Paul Fire & Marine Insurance Company |
| **Attorneys for Judgment Creditor:** | T. Daniel Heffernan/Devon M. Thurtle Anderson<br>1201 Market Street<br>Kirkland, Washington 98033 |
| **Principal Judgment Amount:** | $2,887,113.48 |
| **Prejudgment Interest:** | $0 |
| **Total Judgment Amount:** | $2,887,113.48 |

Dated May 13, 2013.

<div style="margin-left:50%">

William M. McCool

Clerk of Court

s/Mary Duett

Deputy Clerk

</div>