UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOUSTON GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FARMINGTON CASUALTY CO, et al.,<br><br>Defendants. | CASE NO. C11-2093 BJR<br><br>MINUTE ORDER RE: RESPONSE TO MOTION FOR RECONSIDERATION |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Reconsideration. (Dkt. No. 279.) The Court calls for a response from Defendant; the response shall not exceed seven (7) pages in length and shall be filed no later than **March 24, 2017.** No reply brief will be permitted unless the Court calls for one.

The parties are also advised that the previously-set trial for this matter was stricken when the summary judgment motion was granted. Should reconsideration be granted and the previous

1   order dismissing this case be withdrawn, a new trial date will be set after consultation with the
2   parties.
3
4         The clerk is ordered to provide copies of this order to all counsel.
5         Filed March 14, 2017.
6
                                              William M. McCool
7                                             Clerk of Court

8                                             s/Paula McNabb
                                              Deputy Clerk
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24